

**FILED**
DISTRICT COURT OF GUAM

DEC 0 2 2021

JEANNE G. QUINATA
CLERK OF COURT

SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 17-00032 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' APPLICATION TO UNSEAL THE INDICTMENT** |
| KUAN JEH TSAO, | |
| Defendant. | |

COMES NOW, the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court for an Order unsealing the Indictment (ECF No. 1), in the above-captioned case, as there is no further reason to keep the document sealed.

RESPECTFULLY SUBMITTED this 2nd day of December, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney